FILED
DEC 17 2014

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 14-cr-02962-GT |
| Plaintiff, ) | ORDER |
| v. ) | |
| **Jose Hernandez-Santandar,** ) | |
| Defendant. ) | |

**IT IS ORDERED** that the sentencing hearing date in the above case be changed from December 22, 2014 at 9:30 a.m. to January 28, 2015 at 9:30 a.m.

**SO ORDERED.**

Dated: 12/17/14

**HONORABLE GORDON THOMPSON, JR**
UNITED STATES DISTRICT JUDGE